IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                           ]
                                 ]
                                 ]
STEVEN A. CLEM                   ]        CASE NO.: 16-34788
                                 ]        Chapter No.:  7
                                 ]
DEBTOR                           ]

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned counsel represents STEWART BUILDERS, INC. DBA KEYSTONE CONCRETE PLACEMENT, a creditor and party in interest in the above reference case, and hereby enters its appearance pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (f), Rule 3017(a) and Rule 9007.  All such notices and/or pleadings should be addressed as follows:

Scott T. Citek
Lamm & Smith, P.C.
3730 Kirby Drive, Suite 650
Houston, Texas  77098
Email: scitek@lammsmith.com
TEL: (713) 228-2481
FAX: (713) 651-1044

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, request, schedules, statement of affairs or other paper filed herein, whether formal or informal, written or oral, and whether transmitted

1

or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above referenced case and the proceedings therein.

        LAMM & SMITH, P.C.

        By__/s/ Scott T. Citek_____
          Scott T. Citek
          TBA #04256570
          scitek@lammsmith.com
          3730 Kirby Drive, Suite 650
          Houston, Texas 77098
          TEL: (713) 228-2481
          FAX: (713) 651-1044

        ATTORNEYS FOR STEWART BUILDERS,
        INC. DBA KEYSTONE CONCRETE
        PLACEMENT

## CERTIFICATE OF SERVICE

    I do hereby certify that on this the 21st day of July, 2017, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by electronic delivery of notice on those parties listed on the Court's ECF Noticing System.

        /s/ Scott T. Citek_____
        Scott T. Citek

3